**SHA-1 Hash:** 121AC0B46088E7C235A23D4379BE65A1840E9B77    **Title**   X-Art Siterip #1
                                                            **Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.33.227.149 | 12/11/2011 3:07 | Washington | DC | Comcast Cable | BitTorrent |
| 2 | 68.33.31.74 | 12/5/2011 21:42 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 68.54.92.122 | 12/14/2011 7:57 | Washington | DC | Comcast Cable | BitTorrent |
| 4 | 68.84.143.53 | 12/24/2011 9:10 | Washington | DC | Comcast Cable | BitTorrent |
| 5 | 98.204.27.106 | 1/8/2012 17:26 | Washington | DC | Comcast Cable | BitTorrent |

EXHIBIT A

DC4